**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00305-GPG
(**The above civil action number must appear on all future papers**
  **sent to the court in this action.  Failure to include this number**
  **may result in a delay in the consideration of your claims.**)

LAMAR DELRAY DAVIS,

      Plaintiff,

v.

PUEBLO COUNTY MAIL ROOM PROPERTY DEPARTMENT, and
PROGRAM DEPARTMENT,

      Defendants

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      Plaintiff Lamar Delray Davis currently is detained at the Pueblo County

Detention Center  in Pueblo, Colorado.  On February 12, 2015, Plaintiff submitted a Title

VII Complaint form on which he asserts claims regarding the conditions of his

confinement at the Pueblo County Detention Center.  As part of the Court's review

pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff intends to

file a Prisoner Complaint and the document he has submitted is deficient as described

in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue this

action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information
(6)   X   is missing authorization to calculate and disburse filing fee payments
(7)   ___   is missing an original signature by the prisoner
(8)   ___   is not on proper form
(9)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(10)   ___   other :

**Complaint, Petition or Application**:
(11)   ___   is not submitted
(12)   X   is not on proper form
(13)   ___   is missing an original signature by the prisoner
(14)   ___   is missing page nos. ___
(15)   ___   uses et al. instead of listing all parties in caption
(16)   ___   names in caption do not match names in text
(17)   ___   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   ___   other:

Accordingly, it is

ORDERED that if Plaintiff desires to proceed with this action at this time he shall

cure the deficiencies designated above **within thirty days** from the date of this Order.

Any papers that Plaintiff files in response to this Order must include the civil action

number on this Order.  It is

FURTHER ORDERED that **the Clerk of the Court send to Plaintiff two**

**Prisoner Complaint forms and two  Prisoner's Motion and Affidavit for Leave to**

**Proceed Pursuant to 28 U.S.C. § 1915 forms (revised 10/1/12) along with the**

**applicable instructions.**  Plaintiff must use the Court-approved forms when curing the

deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order** the action will be dismissed without

further notice.

DATED February 14, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge