IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00305-LTB

LAMAR DELRAY DAVIS,

    Plaintiff,

v.

DEPUTY MATOTT,
DEPUTY BUISSERETH,
DEPUTY GUTIRREZ,
LIEUTENANT SYKES,
DEPUTY GREIN,
LIEUTENANT GHALARDUCCI,
DEPUTY VALDEZ, and
DEPUTY SOSA,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 15, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of April, 2015.

                                   FOR THE COURT,

                                   JEFFREY P. COLWELL, Clerk

                                   By: s/A. Lowe
                                       Deputy Clerk